# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BONNIE ELSDON, | § § § | |
| *Plaintiff*, | § | |
| V. | § | CIVIL ACTION NO. 4:18-CV-1766 |
| | § | |
| U.S. PHYSICAL THERAPY, INC.; U.S. PHYSICAL THERAPY, LTD.; THE HALE HAND CENTER, LIMITED PARTNERSHIP, LLC; REHAB PARTNERS #2, INC.; AND SUZANNE HALE | § § § § § § | FILED UNDER SEAL |
| *Defendants.* | § | |

## ORDER

Upon due consideration of the United States of America's notice of election to decline intervention in this action under the False Claims Act, 31 U.S.C. § 3730 (b) (4) (B), the Court rules as follows:

**IT IS ORDERED** that,

1. The complaint is unsealed and shall be served upon the defendants by the relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal is lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve the United States with all pleadings and motions filed in this action, including supporting memoranda, as provided by 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good

cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. In the event that the relator or defendants seek dismissal, settlement, or other discontinuance of this action, the Court will solicit the written consent of the United States before ruling or granting its approval.

Signed at Houston, Texas on _____, 2019.

_____
**HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE**