United States District Court
Southern District of Texas
**ENTERED**
September 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States *ex. rel* Elsdon, | § | |
|     Plaintiff, | § | |
| vs. | § | No. 4:18-cv-01766 (Filed Under Seal) |
| | § | |
| U.S. Physical Therapy, Inc., et al., | § | |
|     Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS TO FIRST AMENDED COMPLAINT

After reviewing Defendants U.S. Physical Therapy, Inc.; U.S. Physical Therapy, Ltd.; The Hale Hand Center, Limited Partnership, LLC; Rehab Partners #2, Inc.; and Suzanne Hale's (collectively "Defendants") Unopposed Motion to Extend the Deadline to File Responsive Pleadings to the First Amended Complaint ("Motion"), Plaintiff's response, and oral arguments, if any, the Court is of the opinion that the Motion should be GRANTED. It is therefore,

ORDERED that Defendants' Unopposed Motion to Extend the Deadline to File Responsive Pleadings to the First Amended Complaint is GRANTED.

It is further ORDERED that Defendants U.S. Physical Therapy, Inc.; U.S. Physical Therapy, Ltd.; The Hale Hand Center, Limited Partnership, LLC; Rehab Partners #2, Inc.; and Suzanne Hale's deadline to file their responsive pleadings to the Plaintiff's Amended Complaint is extended until October 3, 2019.

Date: SEP 0 6 2019

U. S. District Judge

1