UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES *ex rel.*
    BONNIE ELSDON,

    *Qui tam* Plaintiff,

    v.

U.S. PHYSICAL THERAPY, INC.; U.S. PHYSICAL THERAPY, LTD.; THE HALE HAND CENTER, LIMITED PARTNERSHIP, LLC; REHAB PARTNERS #2, INC.; and SUZANNE HALE,

    Defendants
_____/

C.A. No. 4:18-cv-01766

JURY TRIAL DEMANDED

## NOTICE OF CORRECTION

*Qui tam* Relator Bonnie Elsdon ("Relator"), files this Notice of Correction with respect to the Amended Complaint (D.E. 5), showing as follows:

The Amended Complaint names as a Defendant "The Hale Hand Center," in various iterations. The correct name of this Defendant is "The Hale Hand Center, Limited Partnership," but in the caption included "LLC," and in Section I., paragraph 1, included "Inc." so there was no actual confusion about the entity named, just two erroneous references to the type of entity. By this Notice, Relator corrects the name of Defendant The Hale Hand Center, Limited Partnership, where it appears, to show its correct name, then as corrected, defined as its short name "Hale".

| Location in Complaint | Stated Name | Correct Name |
|---|---|---|
| Caption | The Hale Hand Center, Limited Partnership, LLC | The Hale Hand Center, Limited Partnership |
| Section I., para. 1. | The Hale Hand Center Limited Partnership, Inc. | The Hale Hand Center, Limited Partnership ("Hale") |

| Location in Complaint | Stated Name | Correct Name |
|---|---|---|
| Section V., para. 84 | the Hale Hand Center, Inc. | Hale |
| Section V., para. 85 | the Hale Hand Center | |
| Section V., para. 88 | Hale Hand Center | |
| Section V., para. 98 | Hale Hand Center (two instances) | |
| Section V., para. 101 | the Hale Hand Center | |
| Section V., para. 102 | The Hale Hand Center (three instances) | |
| Exhibit K | Hale Hand Center | |

Respectfully submitted,

**DAVID S. TOY PLLC**

<u>*/s/ David S. Toy*</u>
David S. Toy
Texas SBN 24048029 / SDTX ID 588699
4309 Yoakum Boulevard, Suite 3050
Telephone:    832 521 1414
Facsimile:    832 521 8242
Email:        david.toy@dstpllc.com

<u>**OF COUNSEL**</u>**:**

**DO CAMPO & THORNTON, P.A.**
John Thornton
Chase Bank Building
150 S.E. Second Ave., Ste. 602
Miami, FL 33131
Telephone:    305 358 6600
Facsimile:    305 358 6601
Email:        jt@dandtlaw.com

*Attorneys for Qui tam Relator, Bonnie Elsdon*

## **CERTIFCATE OF SERVICE**

I certify a copy of the foregoing was served on all counsel of record, and including on the United States, by delivery to Andrew Bobb, Assistant United States Attorney, United States Attorney's Office, Southern District of Texas, pursuant to the Federal Rules of Civil Procedure, on this 2nd day of October, 2019.

*/s/ David S. Toy*
David S. Toy