UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES *ex rel.*
 BONNIE ELSDON,

 *Qui tam* Plaintiff,

 v.

U.S. PHYSICAL THERAPY, INC, et al.,

 Defendants
_____/

C.A. No. 4:18-cv-01766

JURY TRIAL DEMANDED

## PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW *Qui tam* Plaintiff Bonnie Elsdon ("Elsdon"), and hereby provides notice of her dismissal of U.S. Physical Therapy, Ltd., Rehab Partners #2, Inc., and Suzanne Hale, only, pursuant to Fed.R.Civ.P., Rule 41(a)(1)(A)(i), without prejudice, each party to bear its own costs.

Elsdon maintains her claims against U.S. Physical Therapy, Inc., and The Hale Hand Center, Limited Partnership, which parties are unaffected by this Notice.

Respectfully submitted,

*/s/ David S. Toy*
David S. Toy
David S. Toy PLLC
Texas SBN 24048029 | SDTX ID 588699
david.toy@dstpllc.com
4309 Yoakum Boulevard, Suite 2050
Houston, TX 77006
Telephone:   832 521 1414
Facsimile:    832 521 8242

**OF COUNSEL**:

John Thornton (admitted *pro hac vice*)
do Campo & Thornton, P.A.
jt@dandtlaw.com
Chase Bank Building
150 S.E. 2nd Avenue, Suite 602
Miami, FL 33131
Telephone: 305 358 6600
Facsimile:  305 358 6601

**ATTORNEYS FOR BONNIE ELSDON**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing was automatically accomplished on all counsel of record through the CM/ECF Notice of Electronic filing, in accordance with the Federal Rules of Civil Procedure on this 29th day of October, 2019.

*/s/ David S. Toy*
David S. Toy