THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES *ex rel.*
    BONNIE ELSDON,

  *Qui tam* Plaintiff,

  v.

U.S. PHYSICAL THERAPY, INC, et al.,

  Defendants
_____/

C.A. No. 4:18-cv-01766

JURY TRIAL DEMANDED

## **ORDER**

ON THIS DAY came on for consideration the Motion to Dismiss Amended Complaint filed by U.S. Physical Therapy, Inc. and The Hale Hand Center, which is hereby **DENIED.**

It is so ORDERED.

_____     _____
Date                                            The Honorable Alfred H. Bennett
                                                      United States District Judge