UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BONNIE ELSDON, *et al* | § § | |
| VS. | § § | C.A. NO. 4:18-cv-1766 |
| U.S. PHYSICAL THERAPY, INC., *et al* | § § | |

**UNOPPOSED MOTION TO SET STATUS CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Relator Bonnie Elsdon, and respectfully moves this Honorable Court for a status conference, as set forth below.

This matter was filed on May 25, 2018. After amendment of the Complaint on January 23, 2019 (D.E. 5), Motions to Dismiss were filed on October 3, 2019 (by Suzanne Hale (D.E. 15), by The Hale Hand Center Limited Partnership, LLC and U.S. Physical Therapy, Inc. (D.E. 16), and by Rehab Partners #2, Inc., and U.S. Physical Therapy, Ltd. (D.E. 17)). On October 29, 2019, Realtor dismissed without prejudice U.S. Physical Therapy, Ltd., Rehab Partners #2, Inc., and Suzanne Hale pursuant to Fed.R.Civ.P., Rule 41(a)(1)(A)(i) (D.E. 21). On November 30, 2020, the Court denied the Motion to Dismiss as to the remaining Defendants U.S. Physical Therapy, Inc., and The Hale Hand Center Limited Partnership, LLC (D.E. 29). As soon as practicable after the parties' learned of the Court's Order, those Defendants filed an Answer on June 29, 2021.

Given the current posture of the case, Relator respectfully requests a status conference be set the week of August 16, 2021, forward, or as the Court may otherwise direct, so the Parties

1

may address proceeding without seal in accordance with the Court's Order of July 18, 2019, paragraph 3, (while maintaining the seal on the exhibits to the Original Complaint) and to set scheduling deadlines.

WHEREFORE, Relator prays the Court grant this Motion, and for all other relief to which she may be entitled.

Respectfully submitted,

/s/ David S. Toy
David S. Toy
SBN 24048029 | SDTX ID 588699
david.toy@davidtoylaw.com
**DAVID TOY LAW FIRM**
4309 Yoakum Boulevard, Suite 2050
Houston, TX 77006
Telephone: 713 322 7911

**OF COUNSEL**:
**DO CAMP & THORNTON, P.A.**
John Thornton (admitted *pro hac vice*)
Chase Bank Building, 150 S.E. Second Ave., Ste. 602
Miami, FL 33131
Telephone: 305 358 6600
Facsimile: 305 358 6601
Email: jt@dandtlaw.com

            **ATTORNEYS FOR RELATOR**
            **BONNIE ELSDON**

## CERTIFICATE OF CONFERENCE

The parties have conferred, and this Motion is unopposed.

/s/ David S. Toy
David S. Toy

**CERTIFICATE OF SERVICE**

      I hereby certify that service of the foregoing was automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing, in accordance with the Federal Rules of Civil Procedure on this 15^(TH) day of July 2021.

                                                     */s/ David S. Toy*
                                                     David S. Toy