# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* § | |
| BONNIE ELSDON, § | |
|         *Plaintiff*, § | |
| V. § | |
| § | |
| U.S. PHYSICAL THERAPY, INC.; § | CIVIL ACTION NO. 4:18-CV-1766 |
| U.S. PHYSICAL THERAPY, LTD.; § | |
| THE HALE HAND CENTER, LIMITED § | |
| PARTNERSHIP, LLC; REHAB § | |
| PARTNERS #2, INC.; AND § | |
| SUZANNE HALE § | |
|         *Defendants*. § | |

## **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Assistant United States Attorney Melissa M. Green is hereby entering her appearance as to the United States of America, and substituting in as attorney-in-charge, in place of Assistant United States Attorney Krystal D. Walker, the presently listed attorney-in-charge. Ms. Green's address and contact information appear below.

The United States declined to intervene in the Relator's lawsuit, and Ms. Green is entering an appearance for the limited purpose of receiving pleadings and Court orders through the Court's electronic filing system as the real party in interest in Relator's lawsuit.

Respectfully submitted,

JENNIFER LOWERY
Acting United States Attorney

*/s/Melissa M. Green*
MELISSA M. GREEN
Assistant United States Attorney
*Attorney-in-Charge*
Texas Bar No. 24097419
Southern District of Texas Bar No. 2982744
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9519
Facsimile: (713) 718-3303
Email: Melissa.Green@usdoj.gov

## CERTIFICATE OF SERVICE

I, Melissa M. Green, Assistant United States Attorney for the Southern District of Texas, hereby certify that a true and correct copy of the foregoing Notice of Appearance and Substitution of Counsel was served via ECF on July 16, 2021.

BY: /s/ *Melissa M. Green*
Melissa M. Green
Assistant United States Attorney