United States District Court
Southern District of Texas
**ENTERED**
July 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BONNIE ELSDON, *et al* | § |
| | § |
| VS. | §  C.A. NO. 4:18-cv-1766 |
| | § |
| U.S. PHYSICAL THERAPY, INC., *et al* | § |

## **ORDER**

Plaintiff's Unopposed Motion to Set Status Conference is hereby GRANTED. A status conference will be held on the __6th__ day of August, 2021, at __9:00__ o'clock _a._ m.

It is so ORDERED.

Date JUL 2 2 2021

The Honorable Alfred H. Bennett
United States District Judge