United States District Court
Southern District of Texas
**ENTERED**
August 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.* BONNIE ELSDON, | * * | |
| *Qui tam* Plaintiff, | * * | |
| v. | * | |
| U.S. PHYSICAL THERAPY, INC., *et al.* | * * | Civil Action No.: 4:18-cv-01766 |
| Defendants. | * * * | |

## ORDER

Defendants' Unopposed Motion to Postpone and Reschedule Status Conference is hereby GRANTED. The status conference presently scheduled for August 6, 2021 at 9:00 a.m. is hereby rescheduled for the 20th day of August, 2021 at 9:00 o'clock a.m.

It is so ORDERED.

August 2, 2021
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

4840-2582-2451v3
5032357-094939 07/27/2021