# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* **BONNIE ELSDON,** | * * |
| *Qui tam* Plaintiff, | * * |
| v. | * |
| **U.S. PHYSICAL THERAPY, INC.,** *et al.* | * Civil Action No.: 4:18-cv-01766 * |
| **Defendants.** | * * * |

## [PROPOSED] ORDER

Upon consideration of Relator Bonnie Elsdon's Motion to Strike Affirmative Defenses, and Defendants' Opposition thereto, it is this _____ day of _____, 2021, hereby

**ORDERED**, that the Motion to Strike is **DENIED**.

_____
United States District Judge