UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES *ex rel.*
    BONNIE ELSDON,

    *Qui tam* Plaintiff,

    v.

U.S. PHYSICAL THERAPY, INC, et al.,

    Defendants
_____/

C.A. No. 4:18-cv-01766

JURY TRIAL DEMANDED

**ORDER**

ON THE 20TH DAY OF AUGUST, 2021, the Parties through counsel appeared for a requested Status Conference. Counsel for the Parties advised the Court of the status of certain documents which have either remained sealed following this Court's "Order unsealing the Complaint, the United States' Notice of Election to Decline Intervention and this Order" entered July 18, 2019 (Rec. Doc. 9) (the "Unsealing Order") but which should be unsealed, or which have been unsealed, but should remain sealed.

Based on the presentation and agreement of Counsel, and on review of the Court's files and records in this matter, it is Ordered:

1. Plaintiff's Complaint Pursuant to 31 U.S.C. §§ 3729-3732 of the Federal False Claims Act ("Complaint") (Rec. Doc. 1) is and should remain unsealed.

1

2. Exhibits A through K of the Complaint contain protected health information, and should be and remain sealed.

3. Rec. Docs. 2 through 4 do not appear on the docket, and should appear by title even through those remain sealed.

4. Rec. Doc. 5, Plaintiff's First Amended Complaint Pursuant to 31 U.S.C. §§ 3729-3732 ("First Amended Complaint"), was filed with Exhibits A through K, which were redacted to remove protected health information. The First Amended Complaint and its Exhibits should appear on the docket, unsealed.

5. Rec. Docs. 6 and 8 do not appear on the docket, and should appear by title, even though those may remain sealed.

6. Following issuance of the Unsealing Order, the following Record Documents are on the docket as sealed, but should be unsealed: 13, 15, 16, 17, 30, and 31.

It is so ORDERED.

_____          _____
Date                                                              The Honorable Alfred H. Bennett
                                                                         United States District Judge